# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 27, 2018

## NO. 03-17-00828-CV

**Neurodiagnostic Consultants, LLC d/b/a Synaptic Resources of Austin, LLC, a Texas Limited Liability Company, Appellant**

**v.**

**Melody Nallia, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, BOURLAND, AND TOTH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on November 16, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.